■ ALEXANDER IZSAK, Respondent, v. ZISL D. IZSAK, Appellant.— Motion by respondent to dismiss appeal granted, and appeal dismissed. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ In the Matter of EDWARD S. SILVER, as District Attorney of the County of Kings, Petitioner, v. ALEX ASSAEL, an Attorney, Respondent.— Motion by respondent for leave to appeal to the Court of Appeals from an order confirming the Special Referee's report and disbarring him, and for leave to prosecute such appeal as a poor person. Motion denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ In the Matter of the Construction of the Will of SOLOMON I. SUDMAN, Deceased. ISRAEL H. SUDMAN, Appellant; LEON KAHAN et al., as Executors of SOLOMON I. SUDMAN, Deceased, et al., Respondents.— Motion by the executors to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the April Term, beginning March 27, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before March 1, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ (A) In the Matter of LOUIS GRAYNOR. (B) In the Matter of GENE HOWARD.—[In each proceeding] Motion by a suspended attorney, whose period of suspension has expired, for reinstatement to the Bar, referred to the Committee on Character and Fitness for investigation and report as to the applicant's character and fitness and as to his activities and conduct since his suspension, and for the committee's recommendation. The motion will be held in abeyance pending the filing of said report. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of WILLIAM SMITH, an Attorney.— It appears that on November 4, 1960, this attorney was convicted in the Court of Special Sessions of the City of New York, County of New York, of certain misdemeanors, to wit: violating section 273 of the Penal Law and of conspiracy to violate said section, in that, while representing certain defendants about to be sentenced in said court for violating section 974 of the Penal Law (relating to gambling, lottery and " policy " wagers), he deceived the court by stating that such defendants had no prior criminal record when he knew that they did, since he had previously represented them. The attorney now submits his resignation as an attorney and counselor at law. The resignation is accepted; his name is ordered to be struck from the roll of attorneys. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ MINNESOTA MINING & MANUFACTURING COMPANY, Respondent-Appellant, v. TECHNICAL TAPE CORP. et al., Appellants-Respondents, et al., Defendant. —Motion by plaintiff (respondent-appellant) to print and submit the appeal record in a series of volumes, the first volume to contain the formal papers only, to wit, the pleadings, etc.; and for permission to file a lesser number of all the subsequent volumes, granted as follows: The record may be submitted in several volumes as requested; but the original and 19 copies of the first volume and the original and 4 copies of all subsequent volumes shall be filed with the Clerk of this court. Motion to seal so much of the printed appeal record as begins with volume two, granted. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.